# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-3459

_____

John L. Corrigan, Jr.

*Plaintiff - Appellant*

v.

The County of Scott

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 22, 2026
Filed: June 24, 2026
[Unpublished]

_____

Before LOKEN, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

John Corrigan Jr. appeals the district court's[1] dismissal of his civil action for lack of subject matter jurisdiction.  After careful review of the record and the parties' arguments on appeal, we find no basis for reversal.  Accordingly, we affirm for the reasons stated by the district court.  See 8th Cir. R. 47B; Sutter & Gillham PLLC v. Henry, 146 F.4th 699, 702-04 (8th Cir. 2025).

—————————————————————

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.